

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Marco Antonio Morales,     * From the 70th District Court
    of Ector County
    Trial Court No. A-45,305.

Vs. No. 11-17-00055-CR     * March 29, 2019

The State of Texas,     * Memorandum Opinion by Wright, S.C.J.
    (Panel consists of: Bailey, C.J.,
    Stretcher, J., and Wright, S.C.J.,
    sitting by assignment)
    (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.